# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC. | § § § | |
| v. | § § § | CIVIL ACTION NO. 4:14cv506 (Judge Mazzant) |
| BTL MACHINE, INC. | § | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Stipulation of Dismissal with Prejudice (Dkt. #16).

The Court finds that the Stipulation of Dismissal with Prejudice (Dkt. #16) should be granted.

It is hereby **CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.
**SIGNED this 7th day of January, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE